FILED                                                      September, 28th, 2020

**Assigned To:**
**Honorable Judge Laurie Selber Silverstein**
Standing Ch 7
Voluntary
No asset

2020 OCT -5  AM 10: 57

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**Debtor disposition:** Standard Discharge
**Joint debtor disposition:** Standard Discharge

**Trustee**
**Don A. Beskrone**
Ashby & Geddes
P.O. Box 272
Wilmington, DE 19899
302-654-1888

**Represented by same**

**U.S. Trustee**
Office of the United States Trustee
**J. Caleb Boggs** Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
(302)-573-6491

**Represented by**
**Hannah Mufson McCollum**
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
302-573-6491
Fax : 302-573-6497
Email: hannah.mccollum@usdoj.gov

**Jaclyn Weissgerber**
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE 19801
302-573-6491
Fax : 302-573-6497
Email: Jaclyn.Weissgerber@usdoj.gov

Fr: **Stacy Koopman**

Re: **Recovery of Monies Due to the Bankruptcy Court**

Dear Judge **Laurie Selber Silverstein:**

My name is Bruce Brown and I work with Stacy Koopman, an asset recovery specialist.

We have identified funds held by a County or State Court that are due to the Bankruptcy Court. These funds are in the debtor's name and the Bankruptcy court was not notified, as the County does not index Bankruptcy Court cases in their system. The funds we research are created by foreclosure overages, unclaimed probate, tax refunds, condemnation overages, eminent domain payments, etc.

No claim has been made on the funds, because the County has been unable to find the claimant (the debtor), or because the debtor knows they cannot claim it without notifying you.

We work on a contingency basis, relying on a referral fee of 25%, payable only if and when you are successful in claiming the funds.

I confirmed they are still being held and cross reference the debtor information against the claimant due from the County or State.

If you agree you would be willing to consider recovering these funds for the Bankruptcy Court, please let me know, and I will pass on the information you need to make the claim.

Bankruptcy case: **Bankruptcy Petition #: 18-10656-LSS**

**Case was Filed on:** 03/19/2018

**Terminated:** 09/21/2018

**Debtor discharged:** 09/11/2018

**Joint Debtor discharged:** 09/11/2018

**341 Meeting:** 08/01/2018

**Deadline for objecting to discharge:** 06/11/18

**Debtor disposition:** Standard Discharge
**Joint debtor disposition:** Standard Discharge

Amount of monies held that the Bankruptcy Court can recover **$40,683.58**

Years monies were created **2019/2020**

If you do not wish to claim the funds, please let me know. We can instead work with the debtor to recover them.

We appreciate your time, attention and interest.

Respectfully,

*Bruce Brown*

Bruce Brown
on behalf of
**Stacy Koopman**
**21311 Septo, Street,**
**# 211**
**Chatsworth, CA. 91311**
**Phone: 1-800-982-5007**
**mastermarketman@gmail.com**

**Cc:** all Trustees noted above

**P.S.** If there are any challenges with signing
our included **Referral Commission Agreement**
please let us know and a different arrangement can
probably be made.-B.

# Asset Recovery Agreement

District of Delaware United States Bankruptcy Court, 'BC'

**Stacy Koopman,** Asset Recovery Specialist, 'ARS'

Claimant agrees to the following terms and conditions regarding the recovery of monies the court is due:

1. BC enlists the help of **Stacy Koopman** for the recovery of monies due court.

2. Amount of monies held is: **$40,683.58.** This will be disbursed as follows: BC is to receive 75% of the gross monies recovered ARS is to receive 25% of the gross monies recovered ARS is to be paid from BC after BC receives funds and they have cleared BC's account.

3. BC is responsible for all costs associated with the retrieval of the funds from the source where these funds are held.

Bankruptcy case number **Bankruptcy Petition #: 18-10656-LSS, Debtor: Steven Lee Grossman,** *Joint Debtor:* **Elizabeth Anne Grossman** .

Upon receipt of BC representative signature, full case information – court location, source of funds, etc., will be provided.

Date funds were created – **2018/2019**

Amount of funds held by the State or County – **$40,683.58.**

Signed _____ Dated _____ Printed name
of BC representative _____
Title of BC representative _____

**Stacy Koopman**
**21311 Septo, Street,**
**# 211**
**Chatsworth, CA. 91311**
**Phone: 1-800-982-5007**
**mastermarketman@gmail.com**